# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

In the Matter of:
QHC Humboldt North, LLC,                                         Case No. 21−01651−als11

Debtor(s)

January 13, 2022 Telephonic Preliminary Hearing on:
**Motion to Appoint Trustee − Chapter 11 (#24)**

Appearances were noted on the record.

**ORDER**
(date entered on docket: January 13, 2022)

**It is hereby ORDERED that:**

The controversy is continued for further evidentiary hearing on January 26, 2022 at 1:30 p.m. in Courtroom 1, U.S. Courthouse Annex, 110 East Court Avenue, Des Moines, Iowa.

/s/ Anita L. Shodeen

U.S. BANKRUPTCY JUDGE

Parties receiving this order from the Clerk of Court:
☒   Electronic Filers in this Chapter Case